No. 490, Misc. ADAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Robert Martin* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 477, Misc. GAMRECKI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 495, Misc. STANTURF *v.* SIPES ET AL. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Hale Houts* for respondents.

No. 497, Misc. CARPENTER *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 506, Misc. PRICE *v.* UNITED STATES. Supreme Court of Colorado. Certiorari denied.

No. 516, Misc. MATTHEWS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 522, Misc. RICKERT *v.* SMITH, WARDEN, ET AL. Supreme Court of Vermont. Certiorari denied.

No. 524, Misc. HARRIS *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 532, Misc. ABAIR *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Barry Mahoney,* Assistant Attorney General, for respondent.